

# Fourth Court of Appeals
## San Antonio, Texas

July 2, 2015

No. 04-15-00052-CV

Billy C. **WHITFIELD** and Carolyn Whitfield,
Appellants

v.

Charles Thomas **ONDREJ,** et al.
Appellees

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 12-10-00231-CVK
Honorable Stella Saxon, Judge Presiding

# O R D E R

The appellees' agreed motion for extension of time to file brief is GRANTED. Time is extended to August 7, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of July, 2015.

_____
Keith E. Hottle
Clerk of Court